U. S. 1052.] Motion of Natural Resources Defense Council et al. for leave to file a brief as *amici curiae* granted.

No. 10–1542. HOLDER, ATTORNEY GENERAL *v.* MARTINEZ GUTIERREZ; and

No. 10–1543. HOLDER, ATTORNEY GENERAL *v.* SAWYERS. C. A. 9th Cir. [Certiorari granted, 564 U. S. 1066.] Motion of respondents for divided argument granted.

No. 11–88. MOHAMAD, INDIVIDUALLY AND FOR THE ESTATE OF RAHIM, DECEASED, ET AL. *v.* PALESTINIAN AUTHORITY ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 962.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 11–159. ASTRUE, COMMISSIONER OF SOCIAL SECURITY *v.* CAPATO, ON BEHALF OF B. N. C., ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 1033.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 11–551. SALAZAR, SECRETARY OF THE INTERIOR, ET AL. *v.* RAMAH NAVAJO CHAPTER ET AL. C. A. 10th Cir. Certiorari granted.

No. 11–564. FLORIDA *v.* JARDINES. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

JANUARY 9, 2012

No. 11–275. BLUMAN ET AL. *v.* FEDERAL ELECTION COMMISSION. Affirmed on appeal from D. C. D. C.

No. 10–11217. IKHARO *v.* HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Judulang* v. *Holder, ante,* p. 42.